684 A.2d 538

**Manuel GUSS, Petitioner,**

v.

**Charles HEFFNER and Catherine Albertson, Respondents.**

Supreme Court of Pennsylvania.

Oct. 22, 1996.

### *ORDER*

PER CURIAM:

AND NOW, this 22nd day of October, 1996, the Petition for allowance of appeal is **GRANTED,** Petitioner's Appeal is **REINSTATED,** and the matter is **REMANDED** to the Superior Court for disposition.